**UNITED STATES DISTRICT COURT**
**FOR THE DISTIRCT OF NEW JERSEY**

| | |
|---|---|
| RUSSO MEADOWLANDS PARK, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HENKEL CORPORATION, et al.,<br><br>    Defendants. | DOCKET NO. 2:15-cv-02085-ES-JAD<br><br>Civil Action<br><br>**CORRECTED CERTIFICATION OF SERVICE** |

Paul H. Schneider, of full age, hereby certifies and says:

1.  I am a shareholder of the law firm of Giordano Halleran & Ciesla, attorneys for Defendant Henkel AG & Co. KGaA.

2.  On April 14, 2015, I caused a copy of Defendant Henkel AG & Co. KGaA's Notice of Motion to Dismiss for Lack of Personal Jurisdiction, to Stay this Action and Compel Arbitration, or to Dismiss for Failure to State a Claim; brief in support of Defendant's Motion; and the Certification of Christopher J. Marino, Esq. to be served on the following:

>   **VIA E-MAIL & NEW JERSEY LAWYERS SERVICE**
>   Richard G. Berger, Esq.
>   Russo Meadowlands Park, LLC
>   570 Commerce Boulevard
>   Carlstadt, NJ  07072
>   rberger@russodevelopment.com
>   *Attorney for Russo Meadowlands Park, LLC*
>
>   **VIA E-MAIL & NEW JERSEY LAWYERS SERVICE**
>   Robert L. Ritter, Esq.
>   Saiber, LLC
>   18 Columbia Turnpike, Suite 200
>   Florham Park, NJ 07932
>   rritter@saiber.com
>   *Attorney for Russo Meadowlands Park, LLC*

**VIA E-MAIL & NEW JERSEY LAWYERS SERVICE**
David P. Schneider, Esq.
Bressler, Amery & Ross, PC
P.O. Box 1980
Morristown, NJ  07962
dschneider@bressler.com
*Attorneys for BASF Corp.*

**VIA E-MAIL & NEW JERSEY LAWYERS SERVICE**
Louis DeStefano, Esq.
Buchanan Ingersoll & Rooney PC
500 Broad Street, Suite 810
Newark, NJ 07102
louis.destefano@bipc.com
*Attorney for Northern Eagle Beverage Co.*

**VIA E-MAIL & NEW JERSEY LAWYERS SERVICE**
Michael J. Gonnella, DAG
NJ Transit
One Penn Plaza East
Newark, NJ  07105
mgonnella@njtransit.com
*Attorneys for New Jersey Transit Corp.*

**VIA E-MAIL & NEW JERSEY LAWYERS SERVICE**
Joseph R. Donahue, Esq.
Brickfield & Donahue
70 Grand Ave., Suite 102
River Edge, NJ 07661
jdonahue@brickdonlaw.com
*Attorney for Borough of Carlstadt*

I hereby certify the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  April 14, 2015

/s/Paul H. Schneider
PAUL H. SCHNEIDER

Docs #1877890-v1